IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CEDRIQUEZ McCAA,    ) | |
| ) | |
|    Petitioner,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 2:20cv882-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA,    ) | |
| ) | |
|    Respondent.    ) | |

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner filed this post-conviction challenge to his conviction and sentence.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be dismissed for lack of jurisdiction because the required permission to file a successive petition has not been obtained from the Eleventh Circuit Court of Appeals.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of December, 2020.

                          /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE