IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CEDRIQUEZ McCAA,         ) | |
| ) | |
| Petitioner,   ) | |
| ) | CIVIL ACTION NO. |
| v.             ) | 2:20cv882-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent.   ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The United States Magistrate Judge's recommendation (doc. no. 9) is adopted.

(2) The 28 U.S.C. § 2255 petition (doc. no. 2) is dismissed for lack of jurisdiction because the required permission to file a successive petition has not been obtained from the Eleventh Circuit Court of Appeals.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 29th day of December, 2020.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**